# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

AISLING MOORE REED,

        Plaintiff,

   v.

CITY OF MEDFORD; JACKSON COUNTY; and DOE DEFENDANTS ONE THROUGH THREE,

        Defendants.

No. 1:18-cv-01405-CL

OPINION AND ORDER

**MCSHANE, Judge:**

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation ("F&R"), ECF No. 5, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although the parties filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the report is correct. Judge Clarke's F&R is adopted in full. Accordingly, the Complaint is DISMISSED without prejudice. Plaintiff has 30 days from the date of this Opinion and Order in which to file an amended complaint. The failure to file an amended complaint within the allotted time will result in the entry of a judgment of dismissal. The Court defers ruling on Plaintiffs' IFP application, ECF No. 2, pending submission of an amended complaint.

IT IS SO ORDERED.

DATED this 3rd day of September, 2018.

        /s/ Michael McShane_____
        Michael J. McShane
        United States District Judge